

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERMAN A. TUREAUD, # 341244 | CIVIL ACTION |
| VERSUS | NO. 00-0384 |
| N. BURL CAIN, WARDEN | SECTION SECT. S MAG. 3 |

ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ the motion is MOOT; the party was previously granted pauper status.

☑ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

New Orleans, Louisiana, this 9 day of Feb_____, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB 0 9 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.