FILED
U.S. DISTRICT COURT
2000 FEB 10 P 1:42
LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN A. TUREAUD** | CIVIL ACTION |
| **VERSUS** | NO. 00-0384 |
| **N. BURL CAIN, WARDEN** | SECTION "S" (3) |

### ORDER OF RECUSAL

I hereby recuse myself pursuant to the provisions of 28 U.S.C. § 455(a), because my husband, as a Justice on the Supreme Court of Louisiana, participated in the denial of petitioner's request for a supervisory and/or remedial writ. See *State v. Tureaud*, 692 So.2d 368 (La. 1996).

New Orleans, Louisiana, this 9th day of February, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

FEB 10 2000

REALLOTTED TO SECT. I