# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN A. TUREAUD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0384** |
| **N. BURL CAIN WARDEN** | **SECTION "I"(3)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who does respectfully request an extension of time in which to file a response for the following reasons:

1. Respondent's brief is due June 3, 2000.

2. Due to the number of briefs due in other court's, and the fact that respondent has not yet received state records as to this case, respondent will be unable to complete a brief by the due date.

3. Respondent respectfully requests an extension of 20 days within which to file a response in this matter.

4. Respondent is unaware of any opposition to this motion.

DATE OF ENTRY
JUN - 8 2000

**WHEREFORE,** respondent respectfully requests an additional twenty (20) days from the original return date to this Court, until June 23, 2000 in which to file the requested transcript.

Respectfully submitted,

_____
VAL M. SOLINO, BAR NO. 1610
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## **ORDER**

**IT IS ORDERED** that respondent herein be granted an extension of ~~____ day(s)~~, until the _23_ day of _June_, 2000 in which to file its responset in the captioned matter.

_____
U.S. MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This _6_ day of _June_, 2000.
New Orleans, Louisiana.