FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 23  P 4: 10

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN A. TUREAUD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0384** |
| **N. BURL CAIN, WARDEN** | **SECTION "I"(3)** |

## MOTION TO RELIEVE RESPONDENT, THE STATE OF LOUISIANA, FROM FILING AN ANSWER ON THE MERITS TO PETITIONER'S HABEAS PETITION

**NOW INTO COURT** comes respondent, the State of Louisiana, who respectfully moves this court to relieve respondent from answering the merits of the habeas petition of Herman A. Tureaud, for the following reasons:

1

Pursuant to **28 U.S.C. 2244(d),** petitioner had a grace period extending no later than December 28, 1997,within which to file any habeas petition. Mover respectfully requests that the court refer to respondent's response to petitioner's habeas petition for the specific time calculations.

2

The record reflects that petitioner filed this instant habeas petition no earlier than January 21, 2000.

DATE OF ENTRY

JUN 2 7 2000

Process _____
X /Dktd _____
CtRmDep _____
Doc.No. _____

3

Accordingly, the State of Louisiana respectfully submits that petitioner's petition should be denied with prejudice as untimely, therefore no response on the merits is warranted.

**WHEREFORE** the State of Louisiana respectfully requests that this court relieve respondent, the State of Louisiana, from the necessity of filing a response to the merits of petitioner's complaint. Further, as no response on the merits is required, respondent respectfully moves that it be relieved from providing any trial transcripts of petitioner's conviction.

Respectfully submitted

Val M. Solino, Bar No. 1610
Assistant District Attorney
619 South White Street
New Orleans, Louisiana 70119
Tele: 504-82202414

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**HERMAN A. TUREAUD**                                **CIVIL ACTION**

**VERSUS**                                           **NO. 00-0384**

**N. BURL CAIN, WARDEN**                             **SECTION "I"(3)**

## O R D E R

It is hereby ORDERED that the State of Louisiana, respondent herein, is

relieved from answering the merits of the petition of Herman Tureaud; ~~respondent~~

~~is further relieved from providing a transcript of the state trial of petitioner Tureaud~~.

_____
HON. LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

This ___ day of ___ June ___, 2000.

New Orleans, Louisiana.

3