FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 13  AM 2: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERMAN A. TUREAUD | CIVIL ACTION |
| VERSUS | NO. 00-384 |
| N. BURL CAIN, WARDEN | SECTION "I" (3) |

### ORDER

Before the court is the objection of petitioner Herman A. Tureaud to the Magistrate Judge's Report and Recommendation that his application for habeas corpus relief be dismissed as untimely.

For the following reasons, the Court agrees with the Magistrate Judge that Tureaud's petition is untimely.

A claim under 28 U.S.C. § 2254 must be brought within one year of the date on which the petitioner's conviction becomes final. The one-year time period is tolled while a properly filed application for post-conviction relief is pending in state court.

Petitioner's conviction became final on December 28, 1996. He had no applications for state post-conviction relief or other

DATE OF ENTRY
OCT 16 2000

collateral review pending before the Louisiana state courts in the following year. Tureaud did not file his petition for federal habeas corpus relief until January 21, 2000, more than two years after the limitations period had expired.

The Court also agrees with the Magistrate Judge that this case does not present the rare and exceptional circumstances that would justify equitably tolling the one-year statute of limitations. See Davis v. Johnson, 158 F.3d 806, 811 (5th Cir. 1998), cert. denied, 119 S.Ct. 1474 (1999).

For these reasons, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that the petition of Herman A. Tureaud for federal habeas corpus relief be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 12th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE