

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 13  AM 2:59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN A. TUREAUD #341244** | **CIVIL ACTION** |
| versus | **NO. 00-384** |
| **N. BURL CAIN, WARDEN** | **SECTION: "I" (3)** |

## J U D G M E N T

The Court, having considered the petition, the record,  the applicable law, ~~the petitioner's objection~~ and for the

written reasons assigned;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition of **Herman Tureaud,** for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this __13__ day of __OCT.__, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

OCT 16 2000